# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFORINGIA MATHEWS, )<br>)<br>Defendant. ) | No. 4:08-CR-562 CAS |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to unseal docket entries. For the following reasons, the Court will deny defendant's motion.

Defendant specifically requests the following docket entries be unsealed: (1) plea agreement (Doc. 33); (2) unnamed sealed document (Doc. 35); (3) two motions filed by defendant's former public defender (Docs. 41, 43); (4) motion filed by the United States (Doc. 45); (5) statement of reasons for sentence (Doc. 49); (6) Judgment of the United States Court of Appeals (Doc. 68)[1]; (7) report by the U.S. Probation Office regarding defendant's motion for relief under the First Step Act; and (8) "any other sealed entry that should have been unsealed."

Defendant's motion will be denied as he has not offered any explanation for why these documents, which are properly under seal, should be unsealed. The sealed documents cannot be released without a Court order on a showing of exceptional circumstances.

---

[1] The docket sheet reflects that Document 68 is actually the U.S. Marshal's Return of Judgment in a Criminal Case. The Judgment of the United States Court of Appeals (Doc. 63) is not filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to unseal docket entries is **DENIED without prejudice**. [Doc. 74]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 6th day of August, 2019.